

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00229-CV

**TEXAS P.M.R., INC.** and John Ripley,
Appellants

v.

Robert **RIPLEY** and Mary Guzman,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the Order Denying Plaintiffs' First Amended Application for Injunctive Relief is AFFIRMED. Costs of court for this appeal are taxed solely against Appellant John Ripley.

SIGNED December 18, 2019.

_____
Patricia O. Alvarez, Justice